UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20588-CIV-HOEVELER/BROWN

FELIPE PAZOS, ALBERTO ROQUE,
PATRICK GRATTAN, ANDRES CRUZ,
CARLOS ALVAREZ, on their own behalf
and all others similarly situated,

               Plaintiffs,

v.

RBC DAIN RAUSCHER, INC.,

               Defendant.

## ORDER

IT IS HEREBY ORDERED that *Pazos v. RBC Dain Rauscher, Inc.*, Case No. 08-20588-CIV be transferred to the United States District Court for the District of Minnesota for Consolidation with *In Re RBC Dain Rauscher Overtime Litigation*, Master File No. 06-03093. Any deadline for Defendant to answer or otherwise respond to Plaintiff's complaint will be stayed until the time that the transferee Court sets a time for such an answer or pleading.

**SO ORDERED:**

Dated: April 4th, 2008

                                              JUDGE WILLIAM M. HOEVELER
                                              SENIOR UNITED STATES DISTRICT JUDGE